IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–13–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| JUSTIN MICHAEL ALLEN, | |
| Defendant. | |

On April 12, 2019, Defendant Justin Michael Allen moved to suppress his February 11, 2019 post-arrest statements to law enforcement. (*See* Docs. 56, 57.) The government responded on April 15, 2019, arguing that the motion can be denied as moot because it does not intend to introduce those post-arrest statements during its case-in-chief at trial. (*See* Doc. 59.)

Because Allen does not seek to suppress any evidence beyond his statements and the video recording of those statements, IT IS ORDERED that Allen's motion (Doc. 56) is DENIED as MOOT.

DATED this 17th day of May, 2019.

09:50 A.M.

Donald W. Molloy, District Judge
United States District Court