
FILED
JUN 12 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN MICHAEL ALLEN, JENNIFER JILL DANNA, and PRZEMEK ROGALSKI, <br><br> Defendants. | CR 19-13-M-DWM <br><br> PRELIMINARY ORDER OF FORFEITURE |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 98.) Defendants Justin Michael Allen, Jennifer Jill Danna, and Przemek Rogalski entered into plea agreements that provide a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT the United States' motion (Doc. 98) is GRANTED;

1

THAT Defendants Allen's, Danna's and Rogalski's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d):

- a Kel-Tec, Model P-11, 9mm pistol, serial number 10645A, and assorted ammunition;
- a red iPhone, serial number F17WG6UJJWLN; and
- a black Samsung J7 Perx cellular telephone, model #SMJ727P;

THAT the ATF, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 12th day of June, 2019.

_____ 14:07 P.U.
DONALD W. MOLLOY, District Judge
United States District Court