FILED

AUG 27 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN MICHAEL ALLEN,<br>JENNIFER JILL D'ANNA, and<br>PRZEMEK ROGALSKI,<br><br>Defendants. | CR 19-13-M-DWM<br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. (Doc. 102.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on June 12, 2019. (Doc. 100.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 101.)

4.	It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), 18 U.S.C. § 924(d), and 21 U.S.C. § 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.	The motion for final order of forfeiture (Doc. 102) is GRANTED.

2.	Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- a Kel-Tec, Model P-11, 9mm pistol, serial number 10645A, and assorted ammunition.

3.	The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of August, 2019.

Donald W. Molloy, District Judge
United States District Court